■ SHARON JORDAN-PARKER et al., Appellants, v CITY OF BUFFALO et al., Defendants, and DiDONATO ASSOCIATES, P.E., P.C., Respondent. (Appeal No. 2.) [27 NYS3d 422]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 9, 2015. The order granted the motion of defendant DiDonato Associates, P.E., P.C., for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Jordan-Parker v City of Buffalo* ([appeal No. 1] 137 AD3d 1751 [2016]). Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.